UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KATHY SUE ANTHONY,

        Plaintiff,

    -v-                      1:14-CV-0848
                              (DNH/CFH)

CAROLYN W. COLVIN, in her Official
Capacity as Acting Commissioner Of
Social Security Administration,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                OF COUNSEL:

LEGAL AID SOCIETY OF NORTHEASTERN NY    MARY MARTHA WITHINGTON, ESQ.
Attorneys for Plaintiff
112 Spring Street, Suite 109
Saratoga Springs, New York 12866

SOCIAL SECURITY ADMINISTRATION             KRISTINA D. COHN, ESQ.
Attorneys for Defendant
Office of Regional General Counsel,
Region II
26 Federal Plaza - Room 3904
New York, New York, 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

    Plaintiff Kathy Sue Anthony filed this action seeking judicial review of a final decision of

the Commissioner of Social Security denying her application for supplemental security

income benefits and disability insurance benefits under the Social Security Act. By Report-

Recommendation dated August 31, 2015, the Honorable Christian F. Hummel, United States

Magistrate Judge, recommended that the Commissioner's decision denying plaintiff benefits be remanded for further proceedings. No objections to the Report-Recommendation have been filed.

Based upon a de novo determination of the portion of the Report-Recommendation, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is ORDERED that:

The Commissioner's decision denying plaintiff disability benefits be **REMANDED**, pursuant to 42 U.S.C. 405(g) for further proceedings consistent with the August 31, 2015 Report-Recommendation.

IT IS SO ORDERED.

United States District Judge

Dated: September 30, 2015
Utica, New York